# United States Court of Appeals

### For the Eighth Circuit

_____

No. 25-2125

_____

United States of America

*Plaintiff - Appellee*

v.

Antonio Damher Metcalf, Sr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa

_____

Submitted: October 28, 2025
Filed: November 4, 2025
[Unpublished]

_____

Before SHEPHERD, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Antonio Metcalf appeals after the district court[1] revoked his supervised release. His counsel has moved to withdraw and has filed a brief arguing that the district court erred in concluding he violated the conditions of his supervised release.

Having reviewed the record, we conclude the district court did not clearly err by finding that the government proved the violations by a preponderance of the evidence. See United States v. Staten, 990 F.3d 631, 635 (8th Cir. 2021) (per curiam) (standard of review). Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.